UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE COLLINGSWORTH,

   Plaintiff,

v.                                              Case No. 6:20-cv-327-RBD-GJK

DANIA MONTEJO DDS PA; SOSA
DENTAL P.A.; and DR. DANIA
SOSA,

   Defendants.
_____

## ORDER

In this Fair Labor Standards Act and breach of contract case (*see* Doc. 1), the parties filed the Joint Motion to Approve Settlement Agreement and Dismiss the Case with Prejudice. (Doc. 77 ("Motion").) On referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation submitting that the Court should grant the Motion and dismiss the case with prejudice. (Doc. 78 ("R&R").) The parties filed a joint notice of no objection to the R&R. (Doc. 79.) So the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.     The R&R (Doc. 78) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The parties' Motion (Doc. 77) is **GRANTED**.

3. The Settlement Agreement (Doc. 77-1) is **APPROVED**.

4. The case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 8, 2021.

ROY B. DALTON JR.
United States District Judge